# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: OTIS W. TERRY, JR.** | : | **CIVIL ACTION** |
| | : | |
| | : | **NO. 14-6195** |
| | : | **(Bankruptcy No. 13-14780)** |
| | : | |

## ORDER

**AND NOW**, this 21st day of December, 2015, for the reasons set forth in the Memorandum Opinion issued this date, it is **ORDERED** that the appeal is **DISMISSED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.